## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

In the Matter of **Paul J. Merkens,**
A Member of the Bar of the
United States District Court
For the District of North Dakota

Case No. 1:24-mc-003

## ORDER OF TEMPORARY SUSPENSION

The North Dakota Supreme Court issued an Order entered on September 26, 2024, suspending Paul J. Merkens from the practice of law effective immediately, pending further disciplinary or disability proceedings predicated upon the conduct causing the harm or a showing that his mental health and recover has been restored to the extent necessary to provide competent representation to his clients. Paul J. Merkens is also a member of the Bar of the United States District Court for the District of North Dakota.

IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(1), that Paul J. Merkens is temporarily suspended from practice before this Court, effective immediately, pending further order of the Court.

Dated this 27th day of September, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court